# IN THE SUPREME COURT OF THE STATE OF NEVADA

ARTURO LOPEZ,
                    Appellant,

vs.

THE STATE OF NEVADA,
                    Respondent.

No. 75654

FILED

JUN 01 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order denying a motion to set aside appellant's dishonorable discharge from probation. Eighth Judicial District Court, Clark County; Susan Johnson, Judge.

Appellant's counsel has filed a motion to dismiss this appeal. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Cause appearing, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-20909

cc: Hon. Susan Johnson, District Judge
Turco & Draskovich
Clark County District Attorney
Attorney General/Carson City
Eighth District Court Clerk